1 | J. CHRISTOPHER JORGENSEN, ESQ.
  | STATE BAR NO. 5382
2 | DIANA S. ERB, ESQ.
  | STATE BAR NO. 10580
3 | JOHN E. BRAGONJE, ESQ.
  | STATE BAR NO. 9519
4 | LEWIS AND ROCA LLP
  | 3993 Howard Hughes Pkwy., Ste. 600
5 | Las Vegas, NV  89169
  | (702) 385-3373
6 | (702) 949-8398/fax

7 | *Attorneys for Defendants*
  | *Countrywide Home Loans, Inc.*
8 | *and Recontrust Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| GERALD KING, | Case: 2:09-cv-01311-KJD-GWF |
| --- | --- |
| Plaintiff, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; et al., | |
| Defendants. | |

This Court granted Defendants Countrywide Home Loans, Inc.'s and Recontrust Company's ("Defendants") motion to dismiss on August 20, 2009 [DE 14].

The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on or about June 11, 2009, in the Eighth Judicial District of the courts of the state of Nevada before the action was removed to this Court. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.  IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this __30__ day of __September__, 2009.

By _____
DISTRICT COURT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
DIANA S. ERB, ESQ.
JOHN E. BRAGONJE, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Attorneys for Defendants Countrywide Home Loans, Inc. and Recontrust Company

EXHIBIT "A"

```
20090610-0000561
```

Fee: $17.00
N/C Fee: $0.00
06/10/2009        09:18:57
T20090202194
Requestor:
G KING

Debbie Conway                LEX
Clark County Recorder   Pgs: 4

APN# 124-26-111-014

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Lis Pendence

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

Gerald King

**Return Documents To:**

Name _____

Address _____

City/State/Zip _____

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

1  RECORDING REQUESTED BY GERALD KING
   AND WHEN RECORDED MAIL TO
2

3  GERALD KING
   5510 S. FORT APACHE RD.
4  LAS VEGAS, NV 89148
   PRO SE PLAINTIFF
5

FILED

JUN 10  8 44 AM '09

CLERK OF THE COURT

6  _____

7

8  SPACE ABOVE THIS LINE FOR RECORDER'S USE

9
                    DISTRICT COURT
10
                  CLARK COUNTY NEVADA
11
   GERALD KING                        Case No.  A-09-592158-C
12
            Plaintiffs,
13
   V.                                 Department:  XXII
14

15

16 COUNTRYWIDE HOME LOANS;

17 RECONTRUST COMPANY;

18 Does 1-X Inclusive

19                                    NOTICE OF PENDENCY OF

20    ACTION

21                                    NRS 14010 Et, Seq.

22         Defendant

23

24
               NOTICE OF PENDENCY OF ACTION
25

                 NOTICE OF PENDING ACTION

Notice is given that the above-entitled action was filed in the above entitled court on_____ __, 2009 by GERALD KING Plaintiff, against COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, Defendants. The action affects the title to a specific Parcel of Real Property and the right to lawful possession of the same, the property location is: Common Address –6350 STANDING ELM STREET, NORTH LAS VEGAS, NV 89081 and whose Legal description is as follows:

APN 124-26-111-014

LOT 158 OF CENTENNIAL BRUCE WEST 40-UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 2 IN THE OFFICE OF THE COUNTY RECORDERS OF CLARK COUNTY NEVADA

And which is identified in the complaint in this action. The property affected by the action is located in the County of Clear, Nevada.
The nature of the claims are (i) UNFAIR LENDING PRACTICES AGAINTS ALL DEFENDANTS (ii) SUITABILITY (iii)NEGLIGENCE (iv)NEGLIGENCE PER SE (v) BREACH OF FIDUCIARY DUTY (vi) NEGLIGENT MISREPRESENTATION (vii)BREACHOF THE COVENANT OF GOOD FAITH AND FAIR DEALING (viii)QUIET TITLE ACTION
Slander of Title

Dated _____ __, 2009

_____
GERALD KING
5510 S. FORT APACHE RD
LAS VEGAS, NV 89148
PRO SE PLAINTIFF

NOTICE OF PENDING ACTION

## ACKNOWLEDGMENT

Subscribed and sworn to before me this 8 day of ___JUNE___, 2009.

_____
Notary Public in and for the county of ___CLARK___,
State of Nevada

**RECORDING REQUESTED BY Attorney for Plaintiffs GERALD KING.**

**AND WHEN RECORDED MAIL TO**

**GERALD KING**
**5510 S. FORT APACHE RD.**
**LAS VEGAS, NV 89148**

NOTICE OF PENDING ACTION